United States District Court
For the
District of Columbia

**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT**

FOR A GRAY COLORED LOCKBOX, DIMENSIONS 11.2X14.3X6.1, FOUND INSIDE THE 2010 NISSAN INFINITI, G37XS, VEHICLE IDENTIFICATION NUMBER (VIN#) JN1CV6EL41BM261683, CONNECTICUT LICENSE # 323-YNS, LEASED BY DECEDENT MIRIAM CAREY

**RESUME:** Your affiant is a sworn member of the Metropolitan Police Department (MPD), assigned to the Internal Affairs Bureau (IAB), Internal Affairs Division (IAD), and has been so employed for more than (19) nineteen years.

Your affiant is currently assigned to the Internal Affairs Division (IAD). Your affiant has investigated a variety of criminal offenses. She has arrested and assisted in arresting numerous subjects for various offenses, and assisted with the preparation and execution of numerous search warrants.

**POLICE REPORT:** On Thursday, October 3, 2013, Detectives of the Metropolitan Police Department's Internal Affair's Division became involved in the investigation of a police involved shooting.

This incident began on Thursday, October 3, 2013, at approximately 2:18 p.m. at a vehicle checkpoint to the White House, located at 15th and E Street, Northwest, Washington, D.C. Members of the United States Secret Service, Uniformed Division, (hereinafter, "USSS-UD), encountered the aforementioned vehicle at 15th and E Streets Northwest, Washington D.C.. The suspect vehicle was being operated by a black female who was subsequently identified as Miriam Carey (hereinafter, "Carey"). Carey refused to stop at the vehicle checkpoint and made a U-turn and began to flee in the vehicle. A USSS-UD officer attempted to block the vehicle with a bicycle rack, however, the vehicle pushed over the bicycle rack, knocking the officer to the ground.

Officers from the USSS-UD initiated a pursuit of the suspect vehicle. Carey was observed operating the vehicle erratically, violating several District of Columbia traffic regulations. Carey entered a traffic circle against the flow of traffic and drove onto a curb in front of #10 Maryland Avenue, Southwest, Washington DC. The suspect vehicle was immediately surrounded by officers from the USSS-UD, and United States Capitol Police (hereinafter, "USCP"). Carey then drove the suspect vehicle in reverse, striking a USSS-UD police vehicle. Members from both USSS-UD and USCP then discharged their service weapons at the vehicle. Carey then drove the suspect vehicle off the curb, traveling northbound on First Street, Northeast and then eastbound in the

100 block of Constitution Avenue, Northeast, Washington, D.C. Officers from USSS-UD and USCP pursued the suspect vehicle to 2nd Street and Constitution Avenue, Northeast where Carey stopped the suspect vehicle abruptly, and then turned left and drove over a median strip. Carey then drove in reverse in the 200 block of Maryland Avenue, Northeast, during which time, Carey again refused to stop.

At this point, officers from both USSS-UD and USCP fired several rounds into the suspect vehicle, striking Carey. The vehicle came to rest on the median area directly behind the guard's booth on the United States Capitol grounds.

Carey, along with an uninjured child, were removed from the vehicle. Carey was transported to the Washington Hospital Center where she was pronounced dead by Dr. Christine Trankiem of the medical staff. Carey's remains were transported to the Office of the Chief Medical Examiner for the District of Columbia pending an autopsy.

On October 4, 2013, your affiant obtained a search warrant for Carey's 2010 Nissan Infiniti, Vin# JN1CV6EL4BM261683, Connecticut License #323-YNS. The vehicle was searched on October 4, 2013, and paperwork found inside the vehicle lists Carey as the sole lessee of the vehicle. The gray lockbox was also recovered from inside the vehicle. Both the vehicle and the gray lockbox have remained in police custody.

Based on the above facts and circumstances, your affiant believes that the gray lockbox described above is of evidentiary value and may contain physical evidence such as maps, documents, and/or photographs of, or pertaining to, the White House; and/or alcohol or drugs (legal or illegal). In your affiant's experience, the following may also be transported in such a box: ammunition; weapons; paperwork, receipts; and ownership of manuals for guns and ammunition. Also, fruits of other crimes may also be secreted in such a box. (i.e. explosives devices, documents, photographs, etc.)

Your affiant respectfully requests that a District Court Search Warrant be issued for the gray colored lockbox, dimensions 11.2x14.3x6.1, found inside the 2010 Nissan Infiniti, G37XS, VIN # JN1CV6EL41BM261683, Connecticut License # 323-YNS, leased by Mariam Carey.

\------------------------     \-------------------------------------------
    Affiant                           United States Attorney

\--------------------------------------------------------------
**Subscribed and sworn to before me this_____day of_____2013**

_____
Magistrate

United States District Court