AO 93 (Rev 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 13-746M-01 | Date and time warrant executed: 10-5-13; 2130 hours | Copy of warrant and inventory left with: Sergeant Rimley |
| Inventory made in the presence of: Officer Burgess | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Stamford Hospital Discharge Documents
(1) Passport of Miriam Carey
(1) Toyota key (black)
(1) silver key
(1) Social Security card (Miriam Carey)
(1) Social Security card (Erica Abigail Francis)
(1) Plastic ziploc bag containing Various foreign currency (paper/coins)
(1) Lease Agreement for Apt #3, 115 MacDonough Street, Brooklyn, New York
(1) New York Driver's License (Miriam Carey) exp. April 2013
(1) Connecticut Driver's License (Miriam Carey) exp. August 2015
(1) uncashed check for Miriam Carey in amount of $1799.31
(1) assorted mail documents

**FILED**
OCT - 8 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**Certification**

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-5-2013

_____
Executing officer's signature

Felicia Lucas/Lieutenant
Printed name and title